UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ENRIQUE LAGUNAS,<br><br>　　　　　　　Plaintiff,<br>　v.<br>NEVADA BOARD OF PRISON COMMISSIONERS, *et al.*,<br>　　　　　　　Defendants. | Case No. 2:18-cv-02039-MMD-CLB<br><br>ORDER |

The complaint in this action was filed on September 30, 2019. (ECF No. 5.) The Court issued a notice of intent to dismiss Dr. Francisco Sanchez under Fed. R. Civ. P. 4(m) unless proof of service is filed by May 2, 2021. (ECF No. 33.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Dr. Francisco Sanchez are dismissed without prejudice.

DATED THIS 3rd Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE