UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ENRIQUE LAGUNAS, | Case No. 2:18-CV-2039-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| NEVADA BOARD OF PRISON COMMISSIONERS, et al., | |
| Defendants. | |

On June 17, 2021, Defendants filed a motion for summary judgment (ECF No. 35). Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 39). To date, plaintiff has failed to file an opposition.

The court will *sua sponte* grant plaintiff one extension of time to **Wednesday, July 26, 2021** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If plaintiff fails to file an opposition, the motion will be submitted to the court for decision as unopposed.

IT IS SO ORDERED.

DATED: July 14, 2021

_____
UNITED STATES MAGISTRATE JUDGE